McGREGOR W. SCOTT
United States Attorney
RACHEL L. CAVANNA
Special Assistant U.S. Attorney
PROSECUTION UNIT
1 S. Rosamond Blvd.
Edwards, California 93523
Telephone (661) 277-8120

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:05-MJ-00051 TAG |
| ) | |
| Plaintiff, ) | MOTION AND ORDER FOR |
| ) | DISMISSAL OF INFORMATION |
| v. ) | |
| ) | |
| RACHEL GUZMAN, ) | |
| Defendant. ) | |
| ) | |
| ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Information against RACHEL GUZMAN, with prejudice, in the interest of justice.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: August 9, 2005

By  *Rachel L. Cavanna*
RACHEL L. CAVANNA
Special Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the case against RACHEL GUZMAN, Case No. 5:05-MJ-00051 TAG, be dismissed, with prejudice, in the interest of justice.

DATED: 8/9/2005      _____
                     THERESA A. GOLDNER
                     United States Magistrate Judge